FILED

09/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0128

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0128

| | |
|---|---|
| PAUL PHILLIP BARDOS AND MARY L. BARDOS REVOCABLE TRUST, <br><br>                        Plaintiff and Appellant, <br><br> vs. <br><br> ROBERT L. SPOKLIE, <br><br>                        Defendant and Appellee. | |

**ORDER**

_____

Upon consideration of Appellee's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including October 3, 2022, within which to prepare, file, and serve his response brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 16 2022